No. 11–7081.   COOK v. HUBIN ET AL.   Ct. App. D. C.;

No. 11–7148.   OTTO ET UX. v. HILLSBOROUGH COUNTY, FLORIDA.   Dist. Ct. App. Fla., 2d Dist.;

No. 11–7159.   GRAVES v. INDUSTRIAL POWER GENERATING CORP., DBA INGENCO.   C. A. 4th Cir.; and

No. 11–7305.   RICHARDSON v. GRAY ET AL.   C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until January 30, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–7171.   HEWLETT v. ELDER.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.   JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 11–7590.   IN RE TOTARO.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.   See this Court's Rule 39.8.

No. 11–446.   IN RE GERSTNER ET AL.;

No. 11–578.   IN RE KELLY;

No. 11–7022.   IN RE EASTLAND;

No. 11–7229.   IN RE BAKHOUCHE, AKA ALI; and

No. 11–7483.   IN RE SQUARE.   Petitions for writs of mandamus denied.

No. 11–7091.   IN RE MIERZWA.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed.   See this Court's Rule 39.8.

No. 11–6882.   IN RE BROWN;

No. 11–6994.   IN RE BARAJAS; and

No. 11–7076.   IN RE VANCE.   Petitions for writs of mandamus and/or prohibition denied.

No. 10–730.   JOHNSON v. HOLDER, ATTORNEY GENERAL.   C. A. 7th Cir.   Certiorari denied.